UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIMBUS THERAPEUTICS, LLC and NIMBUS LAKSHMI, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CELGENE CORPORATION and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Defendants. | Case No. 1:21-cv-6850 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Nimbus Therapeutics, LLC and Nimbus Lakshmi, Inc. by and through its undersigned counsel, certifies that Nimbus Therapeutics, LLC has no parent corporation and that no publicly held company owns 10% or more of Nimbus Therapeutics, LLC. Nimbus Lakshmi, Inc. is a wholly-owned subsidiary of Nimbus Therapeutics, LLC.

Dated: August 13, 2021                             Respectfully submitted,

By: */s/ Arman Oruc*
Arman Oruc
*AOruc@goodwinlaw.com*
Goodwin Procter LLP
601 S. Figueroa Street
Suite 4100
Los Angeles, CA 90017-5704
Phone: (213) 426-2500
Fax: (213) 623-1673

2

Jeffrey A. Simes
*JSimes@goodwinlaw.com*
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018-1405
Phone: (212) 813-8800
Fax: (212) 355-3333

Andrew M. Lacy
*ALacy@goodwinlaw.com*
Goodwin Procter LLP
1900 N St. NW
Washington, DC 20036-1612
Phone: (202) 346-4182
Fax: (202) 204-7254

Alicia Rubio-Spring (*Pro Hac Vice application forthcoming*)
*ARubio-Spring@goodwinlaw.com*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: (617) 570-1000
Fax: (617) 523-1231

*Attorneys for Plaintiffs Nimbus Therapeutics, LLC and Nimbus Lakshmi, Inc.*