## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIMBUS THERAPEUTICS, LLC and NIMBUS LAKSHMI, INC., <br><br> Plaintiffs and Counter-defendants, <br><br> v. <br><br> CELGENE CORPORATION and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Defendants and Counter-claimants. | Case No. 1:21-cv-6850 <br><br> **Civil Action** |

### **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Celgene Corporation and Bristol-Myers Squibb Company, by and through their undersigned counsel, hereby certify that Bristol-Myers Squibb Company is a publicly traded corporation, it has no parent corporation, and no publicly held company owns 10% or more of the stock of Bristol-Myers Squibb Company. Celgene Corporation is a wholly-owned subsidiary of Bristol-Myers Squibb Company.

Defendants Celgene Corporation and Bristol-Myers Squibb Company will promptly file a supplemental statement if any of this required information changes pursuant to Federal Rule of Civil Procedure 7.1.

*[Remainder of Page Intentionally Left Blank.]*

Dated: New York, New York
      September 21, 2021

Respectfully submitted,

KIRKLAND & ELLIS LLP

<u>/s/  Yosef J. Riemer</u>

Yosef J. Riemer, P.C.
Matthew Solum, P.C.
Devora Allon, P.C.
Jeffrey Goldfine
Joseph M. Sanderson
Amal El-Bakhar
601 Lexington Avenue
New York, New York 10022
Phone: (212) 446 4800
Fax: (212) 446 4900
yriemer@kirkland.com
msolum@kirkland.com
devora.allon@kirkland.com
jeffrey.goldfine@kirkland.com
joseph.sanderson@kirkland.com
amal.elbakhar@kirkland.com

*Counsel for Defendants and Counter-claimants Celgene Corporation and Bristol-Myers Squibb Company*