UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIMBUS THERAPEUTICS, LLC and NIMBUS LAKSHMI, INC.,<br><br>Plaintiffs and Counter-defendants,<br><br>v.<br><br>CELGENE CORPORATION and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Defendants and Counter-claimants. | Case No. 1:21-cv-6850<br><br>**Civil Action** |

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

Plaintiffs and Counter-defendants Nimbus Therapeutics, LLC ("Nimbus Therapeutics") and Nimbus Lakshmi, Inc. ("Nimbus Lakshmi," and with Nimbus Therapeutics, "Nimbus"), and Defendants and Counter-claimants Celgene Corporation ("Celgene") and Bristol-Myers Squibb Company ("BMS," and with Celgene, "Defendants"), by and through their undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, including all claims and affirmative defenses asserted by Nimbus against Defendants and all counterclaims and affirmative defenses asserted by Defendants against Nimbus, with prejudice and without award of costs, expenses, or fees to any party. For the avoidance of doubt, upon the entry of this Order, the Preliminary Injunction Order entered on October 14, 2021 (ECF No. 31), will no longer remain in effect.

Dated:   January 4, 2022                          Respectfully submitted,
         New York, New York

GOODWIN PROCTER LLP                               KIRKLAND & ELLIS LLP

By:   /s/ Arman Oruc                              By:   /s/ Yosef J. Reimer (with
Arman Oruc                                              permission)
601 S. Figueroa Street                            Yosef J. Riemer, P.C.
Suite 4100                                        Matthew Solum, P.C.
Los Angeles, California 90017                     Devora Allon, P.C.
Phone: (213) 426-2500                             Jeffrey Goldfine
Fax: (213) 623-1673                               Amal El-Bakhar
AOruc@goodwinlaw.com                              601 Lexington Avenue
                                                  New York, New York 10022
Jeffrey A. Simes                                  Phone: (212) 446 4800
Marshall H. Fishman                               Fax: (212) 446 4900
620 Eighth Avenue                                 yriemer@kirkland.com
New York, New York 10018                          msolum@kirkland.com
Phone: (212) 813-8800                             jeffrey.goldfine@kirkland.com
Fax: (212) 355-3333                               amal.elbakhar@kirkland.com
JSimes@goodwinlaw.com
MFishman@goodwinlaw.com                           *Counsel for Defendants and Counter-
                                                  claimants Bristol-Myers Squibb Company and
Andrew M. Lacy                                    Celgene Corporation*
1900 N St. NW
Washington, DC 20036
Phone: (202) 346-4182
Fax: (202) 204-7254
ALacy@goodwinlaw.com

Alicia Rubio-Spring (admitted *pro hac vice*)
100 Northern Avenue
Boston, Massachusetts 02210
Phone: (617) 570-1000
Fax: (617) 523-1231
ARubio-Spring@goodwinlaw.com

*Attorneys for Plaintiffs Nimbus Therapeutics, LLC and Nimbus Lakshmi, Inc.*

SO ORDERED:

Dated: _____1/4/_____, 2022      _____
                                      Hon. Jed S. Rakoff, U.S.D.J.